**Joseph N. BRIGGS, Plaintiff— Appellant,**

v.

**CITY OF ASHEVILLE, POLICE DE- PARTMENT; Buncome County Sher- iff, Defendants—Appellees.**

No. 05–2079.

United States Court of Appeals, Fourth Circuit.

Submitted: March 23, 2006.

Decided: March 27, 2006.

Joseph N. Briggs, Appellant Pro Se. Curtis W. Euler, City Attorney's Office, Asheville, North Carolina; Julie M. Kep- ple, Buncombe County Sheriff's Depart- ment, Asheville, North Carolina, for Appel- lees.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph N. Briggs appeals the district court's order denying his Motion for Final Execution and Order to Preclude Exempt Property Rights. We have reviewed the record and find no reversible error. Ac- cordingly, we affirm for the reasons stated by the district court. *See Briggs v. City of Asheville*, No. CA–05–73–1 (W.D.N.C. Sept. 1, 2005). We dispense with oral argument because the facts and legal con- tentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*